MICHAEL N. BEEDE, ESQ.
Nevada State Bar No. 13068
**THE LAW OFFICE OF MIKE BEEDE, PLLC**
2300 W Sahara Ave., Suite 420
Las Vegas, NV 89102
Telephone (702) 473-8406
Facsimile (702) 832-0248
Eservice@legallv.com
*Attorney for Defendant, CSC Acquisitions & Holding Group LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING LP,<br>    Plaintiff,<br>v.<br><br>REGENCY VILLAGE OWNER'S ASSOCIATION, INC. a/k/a REGENCY VILLAGE MOBILE ESTATES; NEVADA ASSOCIATION SERVICES, INC.; CSC ACQUISITIONS & HOLDINGS GROUP LLC; OSCAR MARTINEZ-AVILEZ; MIRIAM MARTINEZ-AVILEZ,<br>    Defendants. | CASE NO. 2 16 cv 496 |

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER**

  IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, BANK OF AMERICA N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING LP, and Defendant, CSC ACQUISITIONS & HOLDINGS GROUP LLC, by and through their respective undersigned counsel of record that the Defendants' time to respond to the Complaint served March 9, 2016 is

//

//

1

1  extended by one week to April 6, 2016.

2  **IT IS SO STIPULATED.**

DATED this 1st day of April, 2016.              Dated this 1st day of April, 2016

BY:    _/s/William Habdas_____        BY:    _/a/Michael Beede_____
       ARIEL E. STERN, ESQ.                         MICHAEL BEEDE, ESQ.
       Nevada Bar No. 8276                          Nevada Bar No. 13068
       WILLIAM HABDAS, ESQ.                         Law Office of Michael Beede
       Nevada Bar No. 13138                         2300 W. Sahara Ave. #420
       1160 Town Center Dr. Suite 330               Las Vegas, NV 89102
       Las Vegas, NV 89144                          Attorney for Defendant
       Attorney for Plaintiff

                                          **ORDER**

**IT IS SO ORDERED.**

DATED: April 4, 2016

_____
United States Magistrate Judge