MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
Law Office of Mike Beede, PLLC
2300 W. Sahara Ave., Suite 420
Las Vegas, NV 89102
Phone: 702-473-8406
eservice@legallv.com
*Attorneys for Defendant, CSC Acquisition & Holding Group, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>REGENCY VILLAGE OWNERS ASSOCIATION, INC. A/K/S REGENCY VILLAGE MOBILE ESTATES; NEVADA ASSOCIATION SERVICES, INC.; CSC ACQUISITION & HOLDING GROUP, LLP; OSCAR MARTINEZ-AVILEZ; MIRIAM MARTINEZ-AVILEZ,<br><br>Defendants. | CASE NO. 2:16-cv-00496-GMN-CWH<br><br>**NOTICE OF DISASSOCIATION** |
| OSCAR MARTINEZ-AVILEZ; MIRIAM MARTINEZ-AVILEZ,<br><br>Counterclaimants,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP; DOES I through X and ROE CORPORATIONS I through X, inclusive,<br><br>Counter-Defendants. | |

Defendant, CSC Acquisition & Holding Group, LLC hereby provides notice that Cheryl A. Grames, Esq. is no longer associated with The Law Offices of Mike Beede, PLLC, and requests that Ms. Grames be removed from the CM/ECF service list.

The Law Office of Mike Beede, PLLC will continue to represent Defendant, CSC Acquisition & Holding Group, LLC and requests that Michael Beede, Esq. receive all future notices.

DATED this 3rd day of February, 2017.

LAW OFFICE OF MICHAEL BEEDE, PLLC

By: _/s/ Michael Beede, Esq._____
MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
2300 W. Sahara Ave., #420
Las Vegas, NV 89102

**COURT APPROVAL**

IT IS SO ORDERED.

Date: 2/6/17

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, not interested in, this action. On the 3rd day of February, 2017, I caused a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION** to be served by the method indicated:

___ U.S. Mail

___ U.S. Certified Mail

___ Facsimile Transmission

___ Federal Express

_X_ Electronic Service via CM/ECF

___ E-Mail

 /s/ Allison Zeason
An Employee of the Law Office of
Mike Beede, PLLC