# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., ) | |
| ) | |
| Plaintiff, ) | Case No. 2:16-cv-00496-GMN-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| REGENCY VILLAGE OWNERS ) | |
| ASSOCIATION, et al, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

      Presently before the Court is attorney Michael N. Beede's motion to withdraw as counsel for Defendant CSC Acquisition & Holding Group, LLC (ECF No. 54), filed on June 26, 2017. Counsel moves to withdraw as attorney, arguing that Defendant CSC has dissolved and continued representation would be unduly burdensome. Counsel represents that he has tried to communicate with Defendant CSC by telephone but has been unsuccessful.

      Having reviewed and considered the motion, and good cause appearing, the court will grant the motion to withdraw and order Defendant CSC to retain a new attorney. Defendant CSC is advised that because it is a corporation, it cannot represent itself and must be represented by an attorney in this action. *See In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (stating that "[c]orporations and other unincorporated associations must appear in court through an attorney."). Defendant is further advised that failure to retain an attorney may result in the imposition of sanctions under Local Rule IA 11-8.

      IT IS THEREFORE ORDERED that the motion to withdraw as attorney (ECF No. 54) is GRANTED.

      IT IS FURTHER ORDERED that attorney Michael Beede must attempt to serve a copy of

his motion and this order on Defendant CSC Acquisition & Holding Group, LLC, and must file proof of that service by July 12, 2017.

IT IS FURTHER ORDERED that on or before August 9, 2017, Defendant CSC Acquisition & Holding Group, LLC, must retain a new attorney and that attorney must file a notice of appearance in this case.

DATED: June 29, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**